Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Ste. 403
Calabasas, California 91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FORD,<br>on behalf of J.C. a minor,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | CASE NO. 2:20-cv-00337 CKD<br><br>ORDER GRANTING<br>PETITION FOR APPOINTMENT<br>OF GUARDIAN AD LITEM |

Good cause appearing, the motion to appoint JENNIFER FORD as Guardian ad litem for her minor daughter J.C. (ECF No. 3), is hereby GRANTED.

Dated: February 19, 2020

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE