PHILLIP. A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM, CA SBN 223876
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER FORD,<br>*AS GUARDIAN AD LITEM FOR HER MINOR DAUGHTER J.C.*,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:20-cv-00337-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record and ensure that a qualified pediatrician or other individual who specializes in

1  a field of medicine appropriate to the disability of the child claimant will conduct an evaluation
2  of the child claimant's case, including oral testimony adduced at the hearing; reevaluate the
3  medical opinions of record, and reassess whether the claimant meets or medically equals the
4  severity of a listing, or if she functionally equals the listings.  The parties further request that the
5  Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against
6  Defendant, reversing the final decision of the Commissioner.
7       This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
8  Social Security Act, 42 U.S.C. 405(g).
9       Respectfully submitted this 11th day of March 2021.

11  DATED: March 11, 2021         /s/ *Roger David Drake\**
                                        ROGER DAVID DRAKE
12                                         (\*as authorized via e-mail on ~~May 18, 2020~~March 11, 2021)
13                                          Attorney for Plaintiff

15                                          PHILLIP. A. TALBERT
                                        Acting United States Attorney
16                                         DEBORAH LEE STACHEL
17                                         Regional Chief Counsel, Region IX
                                        Social Security Administration

19                      By:    /s/ *S. Wyeth McAdam*
                                        S. WYETH McADAM
20                                         Special Assistant U.S. Attorney
21                                         Attorneys for Defendant

24  **ORDER**
25       Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of
26  42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the
27  above-captioned action is remanded to the Commissioner of Social Security for further

1  proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),
2  sentence four.  On remand, the Appeals Council will remand the case to an administrative law
3  judge (ALJ) for a new decision consistent with the terms of the above stipulation.  The Clerk of
4  Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final
5  decision of the Commissioner.
6  Dated:  March 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE