Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FORD, on behalf of J.C. a minor, Plaintiff, v. ANDREW SAUL, Commissioner of Social Security, Defendant. | CASE NO.: 2:20-cv-00337-CKD<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees (ECF No. 19, "Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of SEVENHUNDRED FIFTY DOLLARS AND 00/100 ($750.00) and no costs subject to the terms of the Stipulation.

Dated: May 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-